IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10cv1011 (LMB/JFA) |
| ) | |
| ALFOTECH SOLUTIONS, LLC, et al. ) | |
| Defendants. ) | |

ORDER

Before the Court is a Report and Recommendation [Dkt. No. 132] filed on July 13, 2011 by the Honorable John F. Anderson, United States Magistrate Judge, recommending that defendants Alfotech Solutions, LLC ("Alfotech") and Garnel Alford ("Alford") be ordered to pay $11,416.50 to plaintiff Axiom Resource Management, Inc. ("Axiom"), representing the reasonable attorneys' fees that Axiom incurred in filing Motions for Contempt and Sanctions and in appearing before the Court on April 21, May 13, and May 27, 2011 relating to those motions.

Defendants Alfotech and Alford did not file any opposition to plaintiff's Motion for Attorneys' Fees [Dkt. No. 119] before the magistrate judge. Furthermore, the magistrate's Report and Recommendation explicitly advised the defendants that any objections had to be filed within fourteen (14) days of service of the Report, and that a failure to file timely objections would waive appellate review of any judgment entered on the basis of the recommendations contained therein. See Dkt. No. 132 (Report and Recommendation) at 5 (citing 28 U.S.C. § 636(b)(1)(C)). As of August 11, 2011, Alfotech and Alford have not filed any objections to the Report and Recommendation.

Having carefully reviewed the Report and Recommendation, the Court finds that it is accurate in all material respects. Accordingly, the findings of fact and conclusions of law in Dkt. No. 132 are adopted by this Court as its own, plaintiff's Motion for Attorneys' Fees for Axiom's Efforts to Compel Production of Certain Documents [Dkt. No. 119] is GRANTED, and it is hereby

ORDERED that $11,416.50 in attorneys' fees be and is awarded to the plaintiff, and payment of that amount is imposed jointly and severally on defendants Alfotech and Alford.

The Clerk is directed to forward copies of this Order to counsel of record and all pro se defendants.

Entered this 11th day of August, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge